NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELIZABETH SOMERS,**
*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

---

2018-1427

---

Petition for review of the Merit Systems Protection Board in No. CH-1221-16-0259-W-1.

---

**JUDGMENT**

---

MICHAEL LEE VOGELSANG, JR., The Employment Law Group, PC, Washington, DC, argued for petitioner.

DAVID PEHLKE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by REGINALD THOMAS BLADES, JR., ROBERT EDWARD KIRSCHMAN, JR., JOSEPH H. HUNT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 9, 2018          /s/ Peter R. Marksteiner
Date                     Peter R. Marksteiner
                         Clerk of Court